UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

LEONARD GOLUB
ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILARLY SITUATED

    Plaintiff,

v.

FMA ALLIANCE, LTD.,

    Defendant.

ORDER

Civil Action, File No.
2:18-cv-01808

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the present action against Defendant.

/s/Mitchell L. Pashkin, Esq.
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

The Clerk of the Court is directed to mark the case CLOSED.

SO ORDERED:

/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: July 17, 2018
Central Islip, NY